# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Mack Mason,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Liz, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-01558-CDS-DJA<br><br>**Order** |

　　　　Before the Court is Plaintiff's motion, titled a "motion to compel." (ECF No. 49). In it, Plaintiff asks the Court to send him a copy of his informal grievance, first level grievance, and second level grievance. It appears that Plaintiff is referring to exhibits that he attached to his original complaint. (ECF No. 1-1 at 13-24). Plaintiff states that he understands there is a fee for court copies and is willing to pay for them.[1]

　　　　The best way for Plaintiff to obtain the documents he is seeking is for him to fill out the "United States District Court, District of Nevada Copy and Service Request" form, which the Court will send to him, and to identify the documents he requests that the Clerk's office reproduce.[2] Once Plaintiff returns that form, the Clerk's office will then provide Plaintiff with a quote of how much he owes to obtain the copies. The Court will therefore deny Plaintiff's

---

[1] Under 28 U.S.C. § 1914, the "clerk shall collect from the parties such additional fees only as are prescribed by the Judicial Conference of the United States." Those fees include a $0.10 per page fee for electronic access to any case document. *See Electronic Public Access Fee Schedule*, United States Courts, https://www.uscourts.gov/court-programs/fees/electronic-public-access-fee-schedule (last visited Aug. 11, 2025). Those fees also include a $0.50 per page fee for reproducing any record and providing a copy in paper form. *See District Court Miscellaneous Fee Schedule*, United States Courts, https://www.uscourts.gov/court-programs/fees/district-court-miscellaneous-fee-schedule (last visited Aug. 11, 2025).

[2] In this instance, it appears that Plaintiff is asking the Clerk's office to reproduce ECF No. 1-1 at 13-24.

motion and send him a copy of the "United States District Court, District of Nevada Copy and Service Request" form, which he may use to obtain the documents he seeks.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to compel (ECF No. 49) is **denied.** The Clerk of Court is kindly directed to send Plaintiff a copy of this order and of the "United States District Court, District of Nevada Copy and Service Request" form.

DATED: August 11, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE